ORIGINAL

JAY T. KIMURA 2497
Prosecuting Attorney

JASON M. SKIER 7348
Deputy Prosecuting Attorney
County of Hawai'i
34 Rainbow Drive
Hilo, Hawai'i 96720

Tel No.: 961-0466

Attorneys for State of Hawai'i

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 21 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

LODGED

MAR 17 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>Plaintiff )<br>)<br>vs. )<br>)<br>MICHAEL MIYASATO (04), )<br>)<br>)<br>Defendants. )<br>_____ ) | CR. NO. 05-00189 DAE<br><br>APPLICATION AND ORDER REGARDING TEMPORARY TRANSFER OF CUSTODY TO THE STATE OF HAWAI'I REGARDING WRIT OF HABEAS CORPUS AD PROSEQUENDUM; EXHIBITS "A" AND "B"; AND ORDER |

APPLICATION AND ORDER REGARDING TEMPORARY
TRANSFER OF CUSTODY TO THE STATE OF HAWAI'I
REGARDING WRIT OF HABEAS CORPUS AD PROSEQUENDUM

JASON M. SKIER, Deputy Prosecuting Attorney for the County and State of Hawai'i, hereby moves the Honorable Court for an Order authorizing the temporary transfer of custody of MICHAEL MIYASATO, from the United States Marshal Service, District of Hawai'i, to State of Hawai'i Officials on April 3, 2006.

Defendant MICHAEL MIYASATO is now detained in the custody of the United States Marshal Service, District of Hawai'i, awaiting a jury trial.

Defendant MICHAEL MIYASATO has a change of plea hearing before the Honorable Greg K. Nakamura, Judge of the Circuit Court of the Third Circuit,

State of Hawai'i, under Cr. No. 05-1-0402, currently scheduled for April 3, 2006, at 1:00 p.m.

The State of Hawai'i has received approval for a temporary transfer of custody from the Assistant United States Attorney handling the above matter. (See, Exhibit "A")

This Application requests that the Court grant a temporary transfer of custody from the United States Marshal Service, District of Hawai'i, to State of Hawai'i Officials, based on the State of Hawai'i's Petition for Writ of Habeas Corpus Ad Prosequendum filed on __March 14, 2006__, filed under Cr. No. 05-1-0402, in the Circuit Court of the Third Circuit, State of Hawai'i. (See Exhibit "B")

Upon completion of said hearing, Defendant MICHAEL MIYASATO will be returned to the United States Marshal Service, District of Hawai'i, that same day or as soon as possible thereafter.

DATED: Hilo, Hawai'i, _____MAR 1 6 2006_____.

By JAY T. KIMURA
Prosecuting Attorney

By _____
JASON M. SKIER
Deputy Prosecuting Attorney
County of Hawai'i