JAY T. KIMURA
PROSECUTING ATTORNEY

CHARLENE Y. IBOSHI
FIRST DEPUTY
PROSECUTING ATTORNEY



## OFFICE OF THE PROSECUTING ATTORNEY

34 RAINBOW DRIVE
HILO, HAWAII 96720
PH: 961-0466
FAX: 961-8906
934-3403
934-3503

WEST HAWAI'I UNIT
81-980 HALEKI'I ST, SUITE 150
KEALAKEKUA, HAWAII 96750
PH: 322-2552
FAX: 322-6584

March 7, 2006

Chris Thomas, Esq.
U.S. Attorney's Office
Prince Kuhio Federal Building
300 Ala Moana Blvd., Ewa Wing, 6th Floor
Honolulu, HI 96813

Dear Mr. Thomas:

    Re: State v. Michael Miyasato
        Cr. No. 05-1-0402

    I understand the above-named individual is currently in the custody of the federal government. The State of Hawai'i has a pending case involving the same individual in the Third Circuit and would like your approval to take custody of this person on Monday, April 3, 2006. The State of Hawai'i will retain custody of the Defendant until final disposition of the above-mentioned case. Defendant will be returned to the custody of the U.S. Marshal on a mutually agreed upon date.

    Please sign below if you agree to this request and FAX a copy of this letter to me, FAX No. 934-3403. Our office will then file a writ of habeas corpus ad prosequendum.

    Thank you for your cooperation in this matter.

Sincerely,

JASON M. SKIER
Deputy Prosecuting Attorney

APPROVED:

CHRIS THOMAS, ESQ.
Assistant United States Attorney

EXHIBIT A

Hawai'i County is an Equal Opportunity Provider and Employer