ORDER GRANTING TREMPORARY TRANSFER
OF CUSTODY TO THE STATE OF HAWAI'I
REGARDING WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon reading and filing of the foregoing Application for Temporary Custody to the State of Hawai'i Regarding Writ of Habeas Corpus Ad Prosequendum, and good cause appearing therefor,

IT IS HEREBY ORDERED that the United States Marshal Service, District of Hawai'i, temporarily transfer the physical custody of Defendant MICHAEL MIYASATO, to State of Hawai'i Officials on April 3, 2006, for a change of plea hearing under Cr. No. 05-1-0402, to be held before the Circuit Court of the Third Circuit on April 3, 2006, at 1:00 p.m., and at the conclusion of said proceeding to return said Defendant forthwith back to the United States Marshal Service, District of Hawai'i.

DATED: Honolulu, Hawai'i, 3-20-2006

_____
UNITED STATES MAGISTRATE JUDGE


United States of America v. MICHAEL MIYASATO (04)
Cr. No. 05-00189 DAE
Application and Order Regarding
Temporary Transfer of Custody
To the State of Hawai'i Re: Writ
Of Habeas Corpus Ad Prosequendum