PAMELA E. TAMASHIRO    #3492
Ocean View Center
707 Richards Street, Penthouse 7
Honolulu, Hawaii 96813
Telephone: (808) 528-3332
Facsimile: (808) 536-0458

Attorney for Defendant
MICHAEL MIYASATO
(05/03/2006)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 4 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00189 DAE |
|---|---|---|
| Plaintiff, | ) | MOTION TO WITHDRAW AS; |
| | ) | COUNSEL; NOTICE OF MOTION; |
| vs. | ) | DECLARATION OF COUNSEL; |
| | ) | CERTIFICATE OF SERVICE |
| MICHAEL MIYASATO, | ) | |
| | ) | Hearing: |
| Defendant. | ) | Time: |
| | ) | Judge: |

## MOTION TO WITHDRAW AS COUNSEL

Counsel for Defendant MICHAEL MIYASATO ("Defendant"), Pamela E. Tamashiro, hereby moves this Court for an order allowing her to withdraw as counsel for Defendant and appointing substitute counsel in her stead.

This motion is made pursuant to Rule 47, Federal Rules of Criminal Procedure, and is based upon the records and files herein, the declaration of counsel attached hereto, and any evidence that may be presented at the hearing on this motion.

DATED:    Honolulu, Hawaii, _____5/4/06_____.

                                                  Pamela E. Tamashiro
                                                  Attorney for Defendant
                                                  MICHAEL MIYASATO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00189 DAE |
| | ) | |
| Plaintiff, | ) | NOTICE OF MOTION |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL MIYASATO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF MOTION

TO:  CHRIS THOMAS, ESQ.
     Assistant United States Attorney
     Room 6100 PJKK Federal Building
     300 Ala Moana Boulevard
     Honolulu, Hawaii 96813

     Attorney for Plaintiff
     UNITED STATES OF AMERICA

PLEASE TAKE NOTICE that the attached motion will be heard before the Honorable _____ in his/her Courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii 96813 on _____, 2006 at _____ o'clock a.m., or as soon thereafter as counsel may be heard.

DATED:    Honolulu, Hawaii,    5/4/06    .

*Pamela E. Tamashiro*
Pamela E. Tamashiro
Attorney for Defendant
MICHAEL MIYASATO