IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00189 DAE |
| | ) | |
| Plaintiff, | ) | DECLARATION OF COUNSEL |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL MIYASATO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF COUNSEL

I, Pamela E. Tamashiro, do hereby state and declare as follows:

1. I am the attorney representing Defendant MICHAEL MIYASATO ("Defendant") in the above-referenced case.

2. On May 1, 2006, Defendant called my office and left a message requesting that I file a motion to withdraw as counsel.

3. On April 10, 2006, at a conference with Defendant who is incarcerated at the Federal Detention Center - Honolulu, Defendant requested a copy of all his discovery which consists of over 1700 pages and 10 CD's.

4. Pursuant to Defendant's request, on April 28, 2006, my office sent out the paper discovery for copying. The copies were ready and picked up on May 2, 2006. The discovery was mailed to Defendant at the Federal Detention Center

on May 3, 2006.

5. It appears that the attorney-client relationship has deteriorated such that Defendant has requested that I file this motion to withdraw as his counsel.

6. Trial in this matter is scheduled for July 5, 2006.

7. Accordingly, I request an order allowing me to withdraw as Defendant's counsel and that substitute counsel be appointed in my stead.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

DATED:   Honolulu, Hawaii, _____5/4/06_____.

_____
Pamela E. Tamashiro