IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00189 DAE |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL MIYASATO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the foregoing was duly served upon the following parties by hand delivery or by depositing the same in the United States mail, postage prepaid, at the following last known address:

CHRIS THOMAS, ESQ.
Assistant United States Attorney
Room 6100 PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96813
Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, 5/4/06

_Pamela E. Tamashiro_
Pamela E. Tamashiro
Attorney for Defendant
MICHAEL MIYASATO