# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/11/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CR05-00189DAE

CASE NAME:          USA v. (04) Michael Miyasato

ATTYS FOR PLA:      Loretta Sheehan for Chris Thomas

ATTYS FOR DEFT:     (04) Pamela Tamashiro

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 5/11/2006 | TIME: | 10:04-10:07:10am |

COURT ACTION:  EP: Motion to Withdraw as Counsel - defendant present, in custody.

No objection by the government.  Motion granted.  The court will appoint new CJA counsel.  Ms. Tamashiro to prepare the order.

Defendant is remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager