ORIGINAL

PAMELA E. TAMASHIRO   #3492
Ocean View Center
707 Richards Street, PH 7
Honolulu, Hawaii 96813
Telephone: (808) 528-3332
Facsimile: (808) 536-0458

Attorney for Defendant
MICHAEL MIYASATO

LODGED
MAY 12 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 16 2006
at 8 o'clock and 30 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL MIYASATO, )<br>)<br>Defendant. )<br>) | CR. NO. 05-00189 DAE<br><br>ORDER GRANTING MOTION<br>TO WITHDRAW AS COUNSEL |

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Defendant's Motion to Withdraw as Counsel, filed on May 4, 2006 came before this Court on May 11, 2006. Present were Defendant Michael Miyasato ("Defendant"), Pamela E. Tamashiro, attorney for Defendant and Assistant U.S. Attorney Loretta Sheehan on behalf of Assistant U.S. Attorney Chris Thomas, Esq. representing the government.

Upon consideration of the record and the evidence presented, the Court grants the Motion to Withdraw as Counsel. Pamela E. Tamashiro is allowed to withdraw as counsel in any and all further proceedings related to this case. Emmanuel G. Guerrero, Esq. is appointed as substitute counsel.

DATED:   Honolulu, Hawaii,   MAY 1 6 2006

_____
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA vs. MICHAEL MIYASATO
Cr. No. 05-00189 DAE
"Order Granting Motion to Withdraw as Counsel"