IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

STATE OF HAWAI'I

| | | |
|---|---|---|
| STATE OF HAWAI'I | ) | CR. NO. 05-1-0402 |
| | ) | |
| vs. | ) | WRIT OF HABEAS CORPUS |
| | ) | AD PROSEQUENDUM |
| MICHAEL MIYASATO, | ) | |
| | ) | |
| Defendant. | ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: The Honorable GLENN S. HARA, Judge of the Circuit Court of the Third Circuit, State of Hawai'i:

WARDEN, John T. Rathman, Federal Detention Center, or his designee

GREETINGS:

We command that you, WARDEN, John T. Rathman, Federal Detention Center, or your designee, produce the body of MICHAEL MIYASATO, who is being detained as a federal prisoner under your custody of said Defendant, to:

1. bring the said Defendant before the Presiding Judge of the Circuit Court of the Third Circuit on August 16, 2006, at 8:00 a.m., or at any time or times deemed necessary in the further proceedings of Criminal No. 05-1-0402;

2. transport the Defendant MICHAEL MIYASATO to the Hawai'i County Police Department at 349 Kapiolani Street, Hilo, Hawai'i for processing of identification purposes, and;

3. thereafter return the said MICHAEL MIYASATO to the custody of the Warden, John T. Rathman, Federal Detention Center, or his designee, as soon as practicable and immediately thereafter.

-2-

WITNESS the Honorable GLENN S. HARA, Judge of the Circuit Court of the Third Circuit at Hilo, Hawai'i, and the seal of said Court this _____ day of _____, 2006.

                                                                           _____
                                                                           Clerk, Circuit Court, Third Circuit
                                                                                    State of Hawai'i

_____
Judge of the Circuit Court
Third Circuit, State of Hawai'i