FILED

\_\_ Prosecutor
\_\_ Federal Detention Center
\_\_ U.S. Marshall's
\_\_ Sheriff's

2006 MAY 17  PM 4: 28

P. TANAKA, CLERK
THIRD CIRCUIT COURT
STATE OF HAWAII

JAY T. KIMURA  2497
Prosecuting Attorney

JASON M. SKIER  7348
Deputy Prosecuting Attorney
County of Hawai'i
34 Rainbow Drive
Hilo, HI  96720

Tel. No. 961-0466

Attorneys for State of Hawai'i

IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

STATE OF HAWAI'I

| STATE OF HAWAI'I | ) CR NO. 05-1-0402 |
|---|---|
| vs. | ) APPLICATION FOR WRIT OF |
|  | ) HABEAS CORPUS AD |
| MICHAEL MIYASATO, | ) PROSEQUENDUM; ORDER |
|  | ) DIRECTING ISSUANCE OF WRIT |
| Defendant. | ) OF HABEAS CORPUS AD |
|  | ) PROSEQUENDUM; WRIT OF |
|  | ) HABEAS AD PROSEQUENDUM |

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE GREG K. NAKAMURA, JUDGE OF THE ABOVE-ENTITLED
COURT:

Comes now the STATE OF HAWAI'I, by JASON M. SKIER, Deputy

Prosecuting Attorney of the County and State of Hawai'i, and respectfully alleges as follows:

1.  That an Indictment for Promoting a Dangerous Drug in the Third Degree and

Prohibited Acts Related to Drug Paraphernalia against MICHAEL MIYASATO was filed on

October 13, 2005, in the Circuit Court of the Third Circuit, Hilo, Hawai'i;

EXHIBIT  b

i hereby certify that this is a full, true and correct
copy of the original on file in this office.

Oanah

Clerk, Third Circuit Court, State of Hawaii

2. That Defendant has sentencing scheduled on Wednesday, August 16, 2006, at 8:00 a.m. in the Circuit Court of the Third Circuit, Division One;

3. That said Defendant is now imprisoned as a federal prisoner and is detained at the Federal Detention Center, Honolulu, Hawai'i; and

WHEREFORE, Applicant prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus ad Prosequendum to the United States Marshall Service for the District of Hawai'i forthwith to make available to State officials on Wednesday, August 16, 2006, the body of MICHAEL MIYASATO for the purpose of sentencing; and

STATE OF HAWAI'I OFFICIALS, upon taking custody of said Defendant, to:

1. bring the said MICHAEL MIYASATO before the Presiding Judge of the Circuit Court of the Third Circuit on Wednesday, August 16, 2006, at 8:00 a.m. and at any time or times deemed necessary in the further proceedings of Criminal No. 05-1-0402;

2. Upon completion of the hearing, transport the said MICHAEL MIYASATO to the Hawai'i County Police Department, 349 Kaipolani St., Hilo, Hawai'i, for processing of identification purposes and;

3. return the said MICHAEL MIYASATO to the Federal Detention Center, Honolulu, Hawai'i, into the custody of the United States Marshall on a mutually agreed upon date.

Dated:  Hilo, Hawai'i, _____ MAY 1 1 2006 _____

STATE OF HAWAI'I

By _____

JASON M. SKIER
Deputy Prosecuting Attorney

ORDER DIRECTING ISSUANCE OF
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the

Clerk of this Court be and hereby is instructed to issue the Writ of Habeas Corpus ad

Prosequendum prayed for in the foregoing Application.

Dated: Hilo, Hawai'i: ___MAY 1 7 2006___.


GREG K. NAKAMURA (Seal)
_____
Judge of the above-entitled court

IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

STATE OF HAWAI'I

| | |
|---|---|
| STATE OF HAWAI'I | ) CR NO. 05-1-0402 |
| | ) |
| vs. | ) |
| | ) WRIT OF HABEAS CORPUS |
| MICHAEL MIYASATO, | ) AD PROSEQUENDUM |
| | ) |
| Defendant. | ) |
| | ) |

_____

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  The Judge of the Circuit Court of the Third Circuit, State of Hawai'i:

UNITED STATES MARSHALL for the District of Hawai'i, or His Deputy

WARDEN, Federal Detention Center, Honolulu, Hawai'i, or His Deputy

GREETINGS:

We Command that you, UNITED STATES MARSHALL for the District of

Hawai'i, or your Deputy, produce the body of MICHAEL MIYASATO, who is being detained

as a federal prisoner under your custody of said Defendant, to:

1. bring the said Defendant before the Presiding Judge of the Circuit Court of the

Third Circuit on Wednesday, August 16, 2006, at 8:00 a.m., or at any time or times deemed

necessary in the further proceedings of Criminal No. 05-1-0402;

2. bring the said Defendant to the Hawai'i County Police Department,

349 Kapiolani St., Hilo, Hawai'i for processing of identification purposes;

3. retain custody of the Defendant and he shall be confined with the Department

of Public Safety, State of Hawai'i, until the final disposition of the said case; and thereafter

4. return the said MICHAEL MIYASATO to the custody of the United States Marshal, on a mutually agreed upon date, at which time this writ shall be deemed dissolved.

WITNESS the Honorable Greg K. Nakamura, Judge of the Circuit Court of the Third Circuit at Hilo, Hawai'i, and the seal of said Court this ___ day of ___MAY 1 7 2006___, 2006.

JUNETTE M. S. NAKAMURA (SEAL)
_____
Clerk, Circuit Court, Third Circuit
State of Hawai'i

GLENN S. HARA (SEAL)
_____
Judge of the Circuit Court
Third Circuit, State of Hawai'i

-2-