ORDER GRANTING TREMPORARY TRANSFER
OF CUSTODY TO THE STATE OF HAWAI'I
REGARDING WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon reading and filing of the foregoing Application for Temporary Custody to the State of Hawai'i Regarding Writ of Habeas Corpus Ad Prosequendum, and good cause appearing therefor,

IT IS HEREBY ORDERED that the United States Marshal Service, District of Hawai'i, temporarily transfer the physical custody of Defendant MICHAEL MIYASATO, to State of Hawai'i Officials on October 4, 2006, for sentencing under Cr. No. 05-1-0402, to be held before the Circuit Court of the Third Circuit on October 4, 2006, at 8:30 a.m., and at the conclusion of said proceeding to transport the Defendant to the Hawai'i County Police Department at 349 Kapiolani St., Hilo, Hawai'i for processing of identification purposes, and thereafter return said Defendant forthwith back to the United States Marshal Service, District of Hawai'i.

DATED: Honolulu, Hawai'i, _____ SEP 20 2006 _____.

_____
UNITED STATES MAGISTRATE JUDGE

United States of America v. MICHAEL MIYASATO (04)
Cr. No. 05-00189 DAE
Application and Order Regarding
Temporary Transfer of Custody
To the State of Hawai'i Re: Writ
Of Habeas Corpus Ad Prosequendum