| | | |
|---|---|---|
| JAY T. KIMURA<br>PROSECUTING ATTORNEY<br><br>CHARLENE Y. IBOSHI<br>FIRST DEPUTY<br>PROSECUTING ATTORNEY |  | 34 RAINBOW DRIVE<br>HILO, HAWAII 96720<br>PH 961-0466<br>FAX 961-8908<br>934-3403<br>934-3503<br><br>WEST HAWAII UNIT<br>81-980 HALEKII ST. SUITE 150<br>KEALAKEKUA, HAWAII 96750<br>PH 322-2552<br>FAX 322-6584 |

## OFFICE OF THE PROSECUTING ATTORNEY

September 18, 2006

Clerk, U. S. District Court
300 Ala Moana Blvd., Rm. C-338
Honolulu, HI 96850-0338

Dear Sir:

   Re:  United States of America vs. Michael Miyasato (04)
        Cr. No. 05-00189 DAE

     Attached is the original and three copies of an Application and Order Regarding Temporary Transfer of Custody to the State of Hawaii Regarding Writ of Habeas Corpus Ad Prosequendum for Defendant Michael Miyasato. Please have the Order signed and filed. We request one copy to be certified. Please return all filed documents to our office in the enclosed self-addressed, stamped envelope.

     We are also requesting that the ceritification fee for the one filed-stamped copy be waived. The ceritfied document is needed for the U.S. Marshall Service.

     If you have any questions, please feel free to contact me at (808) 961-0466. Thank you for your attention to this matter.

                                    Very truly yours,

                                    JASON M. SKIER
                                    Deputy Prosecuting Attorney

JMS/ril

Enclosures

cc:  Chris Thomas, Assistant U.S. District Attorney w/encl.
      Michael Ferstle, U.S. Marshall w/encl.