# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/20/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 05-00189DAE

CASE NAME:       USA v. (04) Michael Miyasato

ATTYS FOR PLA:   Chris A. Thomas

ATTYS FOR DEFT:  (04) Emmanuel G. Guerrero

INTERPRETER:

JUDGE:    Barry M. Kurren          REPORTER:   C6F

DATE:     10/20/2006               TIME:       10:28 - 10:51

COURT ACTION:  EP: Motion to Withdraw Not Guilty Plea and to Plead Anew as to (04) Michael Miyasato - deft present in custody.

Consent to Rule 11 Plea in a Felony Case Before United States Magistrate Judge signed and filed.

Deft sworn and queried.  Advised of rights.
Memorandum of Plea Agreement signed and filed.

Plea of GUILTY entered to Counts 1, 18, and 19 of the Indictment.
Counts 7, 9, and 17 to be dismissed after sentencing.

Court to submit Report and Recommendation Concerning Guilty Plea recommending that deft be adjudged guilty.
Deft advised of right to file objection to Report and Recommendation.

Pre-Sentence Investigation Report ordered.

SENTENCING 3/5/07 @ 3 p.m., DAE.
Trial date vacated.
Deft remanded to custody of U.S. Marshal.

Submitted by Richlyn Young, courtroom manager