IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| UNITED STATES OF AMERICA, | ) | CR NO. 05-00189-04 DAE |
|---|---|---|
| | ) | |
| Plaintiff, | ) | ACCEPTANCE OF PLEA OF GUILTY, |
| vs. | ) | ADJUDICATION OF GUILT AND |
| | ) | NOTICE |
| MICHAEL MIYASATO,   (04) | ) | OF SENTENCING |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ACCEPTANCE OF PLEA OF GUILTY,
ADJUDICATION OF GUILT AND
NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty to Counts 1, 18 and 19 of the Indictment is now Accepted and the Defendant is Adjudged Guilty of such offense.  All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 6, 2006.



_____
David Alan Ezra
United States District Judge

GUILTY.ACP