**ORIGINAL**

Law Offices of Emmanuel G. Guerrero
EMMANUEL G. GUERRERO 5275
345 Queen Street, Suite 600
Honolulu, Hawaii 96813
Telephone: (808) 532-2950
Facsimile: (808) 545-2628
Email: Attyegg@aol.com
Attorney for Defendant

MICHAEL MIYASATO

RECEIVED
CLERK U.S. DISTRICT COURT
FEB 23 2007
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 23 2007
at __1__ o'clock and __00__ min. __P__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00189 DAE -04 |
| ) | |
| Plaintiff, ) | DEFENDANT'S FIRST LIST |
| ) | OF EXHIBITS; CERTIFICATE |
| vs. ) | OF SERVICE |
| ) | |
| MICHAEL MIYASATO, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

### DEFENDANT'S FIRST LIST OF EXHIBITS

COMES NOW DEFENDANT, MICHAEL MIYASATO, by and through his counsel, EMMANUEL G. GUERRERO, and hereby submits his First List of Exhibits, of which are attached hereto, and incorporated herein by reference.

DATED: Honolulu, Hawaii, Febuary 23, 2007.

EMMANUEL G. GUERRERO
Attorney for Defendant

## **EXHIBITS**

1. February 19, 2007 letter of support from Stephen Matsuura (Defendant's brother-in-law).

2. February 19, 2007 letter of support from Luanne Matsuura (Defendant's sister).

3. February 19, 2007 letter of support from Yaeko Miyasato (Mother of the defendant).

4. February 11, 2007 letter of support from Corece Harada-Oyer (Niece of the defendant).

5. February 9, 2007 letter of support from Jeremy Harada (Nephew of the defendant).

6. February 10, 2007 letter of support from Lynne Harada (Defendant's sister).

7. February 22, 2007 letter of support from Cherise Harada (Defendant's niece).

8. Letter of support from Todd Yamanaka (Friend and small business owner).