EXHIBIT 3

February 19, 2007

To Whom It May Concern:

I'm Yaeko Miyasak. I can be reached at (808) 959-8402. Michael has been in my life since August 24, 1963. He is my third child.

Michael was a Cub Scout at Waiakea Waena Elementary School. He got along with his fellow scout members as well as his classmates. He worked together with his Dad building the wooden car for the car derby.

In May 1978, he lost his Dad but continued with his schooling and graduated from Waiakea High School in June 1981.

After graduating from Waiakea High School, he attended Hawaii Community College and took up Auto Body Repairing and Painting.

Michael's Dad was an instructor for the Auto Body Repairing and Painting at Hawaii Community College up til May 1978.

His Dad had mentioned to me one day, that Michael has good eyes and hands that makes a good Auto Body Repairman.

Michael was employed at G & R Collision Center, Ltd. until it closed shop. During his employment, he attended the Acme Technical Refinishing course and received a certificate on October 25, 1990. Then, he went on his own repairing and painting cars until he made the wrong choice that changed the course of his life.

Michael is a kind, helpful and good hearted person. With the trust and faith from family, friends and the community, he can win his fight against drug and put his talent as an Auto Body repairman to become a productive person in the community.

Sincerely,
Yaeko Miyasato