EXHIBIT 4

February 11, 2007

To Whom it may Concern,

     My name is Corece Harada-Oyer and I am the oldest niece of Michael Miyasato. I can be reached at (808) 959-6585 (home) or (808) 981-7215 (work).

     I have known Uncle Mike my entire life. Growing up with him was a memorable period in my life. My siblings and I spent many school breaks at my Grandmother's where we'd get to spend time with our Uncle. I remember the days where Uncle Mike would ride bikes with us, play basketball, and my most favorite was watching The Flintstones and eating popsicle with him. He also taught my older brother how to ride a skateboard, which made me want to learn as well. My Uncle did body work on cars and painted them as well and when I was younger, he would let me help him while he was preparing the cars or even while fixing them. When I bought my first car, he took the time to do body work on it and paint it the exact color that I wanted and because he was such a perfectionist, it came out more beautiful than I could have imagined. My Uncle Mike was well known among people in our community because of his exceptional talent.

     From what I know about my Uncle's past is that he lost his Father (my Grandfather) at a young age. My Grandmother had to raise her three children on her own and she gave it her all when it came to raising them. As a Psychology major, I've read about a lot of cases where children lose important figures in their lives and the impacts that can result from those losses. No matter how hard my Grandmother tried to bring my Uncle up, losing his main male figure in his life at that time in his life has to have made a drastic impact on his life. I know as humans we cannot control who gets to live and who doesn't, but my Uncle didn't chose to lose his father at such a young age. At an age where his Father was supposed to help guide him in the directions that Father's are supposed too and to help him learn to deal with pressures of life. I know that we all choose the roads we go down and I know my Uncle has made some wrong choices, but I also know that this experience has changed his whole perspective on life and what he wants out of his life.

     My husband and I got married on June 23, 2006 in Las Vegas and my Uncle was not able to attend our wedding because of where he was. It was a very hard time for me because being he's my only Uncle on my Mother's side, his presence at my wedding was very important to me. I know he felt my sadness and this too has awakened the positive things he needs to do with his life. We are planning on starting a family very soon and I expressed to him how important he would be to our children and how I hope he will be able to give my children the same experiences he has given to me and my siblings.

    My Uncle now realizes not only how important my Grandmother is to him and how much she loves him despite his mistakes, but also how much we love him as well. He writes to my younger cousin's letting them know how bad choices can affect every aspect of their lives and how they should make wise choices. My cousin's, sibling's, and I all have our own "special" moments with our Uncle Mike and we all love, respect, and look up to our Uncle Mike no matter what roads he has chosen.

    I feel very strongly that my Uncle Mike has a positive future ahead of him. Being in a place where all you can do is think about the mistakes you've made and the things you should have done differently, I think he has realized what he needs to do with his life and how he can improve his life so that he doesn't end up back where he doesn't want to be. Despite the choices he has made in his life, I know that with the love and support from myself and the rest of our family, he will find his niche in life once again and he will only thrive!

    Sincerely,

    *Corece Harada-Oyer*

    Corece Harada-Oyer