EXHIBIT 5

February 9, 2007

To Whom It May Concern,

I have known Michael Miyasato for a very long time because he is my uncle. Let me introduce myself to you. My name is Jeromy Harada and I can be reached at 959-6585 (home).

While I was growing up Uncle Mike was a fun person to be with. He treated me so well and we had a great nephew/uncle relationship. I remember my uncle fixing and painting cars for many people. He even fixed and painted my 4-Runner. He is a very talented person. At his younger age, my uncle was a cub scout member. He had told me all the fun and interesting things they did and suggested that I join cub scout too. Therefore, I did and he was right because it was fun and interesting.

While growing up, I remember my Uncle Mike saying to me that I need to study hard, get good grades, be a good student and have good friends.. He was like a second father to me.

Yes, my Uncle did wrong things, but like many of us, he is not a perfect person. I am willing to help my uncle get better so he can again be a part of my life. I do miss him very much. He is a good person who unfortunately went down the wrong path. I know he can leave that path and walk into the right direction for a better life. Please give him another chance.

Sincerely Yours,

Jeromy Harada