EXHIBIT 6

February 10, 2007

To Whom It May Concern,

My name is Lynne Harada and I am Michael Miyasato's oldest sister. You may contact me at (808) 981-7215 (work) or at (808) 959-6585 (home).

Being that Michael is my brother, I've known him all my life. While growing up together we shared wonderful, fun, loving times as well as difficult times. When Michael was in middle school, our father passed away at a very young age of 44. We were all devastated for the loss of someone who was a good father to us. Our mom had to raise three children all by herself. I feel having to grow up without a father around is very difficult and it affects the lives of many of us. Michael and my father played basketball together at home. We went camping and fishing as a family many times with other family friends. Michael has a good heart, he is helpful and has a good sense of humor.

Growing up in high school and going to Hawaii Community College was difficult for Michael because of not having his father around. Michael had really smart, good friends in high school. He has not gotten into any trouble while in high school and college. Our father was an instructor at Hawaii Community College in Auto Body and Painting. Michael went to college and graduated in Auto Body and Painting. Michael was like a perfectionist when working and painting cars. Many people took their cars to have Michael work on it. People referred their friends to Michael and he was a pretty well-known person.

Despite of Michael's drug addiction, I am still proud to say he is my brother and I love him very much. Michael was actually not into drugs until later in his life. He apparently met wrong type of friends who took advantage of him. I am so willing to help my brother in what ever way I can. My three children loves and misses him a lot. My son, Jeromy, who is now 29 years old actually grew up with him. Jeromy and Michael had a good nephew/uncle relationship. My brother even took Jeromy fishing and played with him. Michael enjoyed my two daughters as well. He treats and loves my children as an uncle would.

In life, many of us do make mistakes. Sometimes we have to learn the hard way. No matter what, some people are able to turn their life around and get another chance. I feel Michael, is that kind of a person. He will work hard to better his future because in. actually Michael is a very loving, caring, thoughtful type of person.

Sincerely,

Lynne Kharada