

EXHIBIT 7

February 22, 2007

TO: Whom in may concern

Hi, my name is Cherise Harada and I'm writing this letter in support of Michael Miyasato. There are many reasons why I am proud to say that Michael is my uncle. Uncle Mike had always supported me and encouraged me in very positive ways. Whether it was actions or words of wisdom and kindness, it made me feel good.

When I used to be a competitive gymnast, Uncle Mike would always ask me how gymnastics was going. I always remember him saying, "Cherise, make sure I get a ticket to the Olympics!". He always called me "Nadia", which is a famous gymnast. That made me feel good because I knew he believed in me.

Last year, I wrote him a letter and told him I was going to dance in the Merrie Monarch. After, he wrote back to me and told me that he tried to watch for me on T.V. but it was hard because the T.V. was small and he had a hard time. It made me feel so good that he just tried to watch me dance.

Ever since I can remember, I knew my uncle was always good with working with cars. He was always willing to help anyone who needed bodywork and paint on their vehicle. He was the one who helped me choose my first car and he even painted it for me. He did so much for me, without ever asking for or expecting anything in return.

I write to Uncle Mike when I can he writes back. There are two things he wrote that stuck out and I will never forget. The first is to do well in school. The second thing is to make wise choices, because I may never have a second chance. I really put it to heart because it was so meaningful to me. I know he made mistakes and made some wrong choices in his past. I know that he wrote that to me because he knows what he did wrong and he wants me to make the right choices in life.

I know that my uncle took the wrong path. I know he has learned and realized the wrong choices he has made. What I also know is that he can turn around and take the right path in life. I will always be here for him to help him to do that every step of the way because he is my uncle, he will always be my uncle, and I love him and I know he can do it, especially with all the support he has.

Sincerely,
Cherise Harada *(signature)*
(Home) 808-959-6585
(Cell) 808-895-9640