EXHIBIT 8

**Image IV inc**
**3259 Koapaka St #A**
**Honolulu, Hawaii 96819**
**Ph. 808 838 1515**

To Whom It May Concern,

I'm a small business owner who has known Michael since the 7th grade. Michael has always been a very kind and giving person, and because of that got mixed up with the wrong people.

I think with time served he now knows what and who is important to him.
With the right help, and family and freinds support he can over come his addiction.

Thank you
Todd Yamanaka