ORIGINAL

Law Offices of Emmanuel G. Guerrero, LLLC
EMMANUEL G. GUERRERO 5275
345 Queen Street, Suite 600
Honolulu, Hawaii 96813
Telephone: (808) 532-2950
Facsimile: (808) 545-2628
E-mail: Attyegg@aol.com

Attorney for Defendant
MICHAEL MIYASATO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00189 DAE -04 |
| ) | |
| Plaintiff, ) | NOTICE OF CHANGE OF |
| ) | BUSINESS ADDRESS; |
| vs. ) | CERTIFICATE OF SERVICE |
| ) | |
| MICHAEL MIYASATO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF CHANGE OF BUSINESS ADDRESS

COMES NOW EMMANUEL G. GUERRERO, attorney for Defendant MICHAEL MIYASATO, and hereby gives notice of EMMANUEL G. GUERRERO'S change of business address (phone, facsimile and e-mail remain the same) effective February 12, 2007, as follows:

Law Offices of Emmanuel G. Guerrero, LLLC
345 Queen Street, Suite 600
Honolulu, Hawaii 96813

DATED: Honolulu, Hawaii, __3/5/07__.

_____
EMMANUEL G. GUERRERO
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I, EMMANUEL G. GUERRERO, hereby certify that a true and exact copy of the foregoing document will duly mailed and/or hand-delivered to the following:

1)  Mr. Chris Thomas
    Assistant United States Attorney
    Room 6-100, PJKK Federal Building
    300 Ala Moana Boulevard
    Honolulu, Hawaii 96850

    Attorney for Plaintiff
    UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, March 5, 2006.

EMMANUEL G. GUERRERO