ORIGINAL

JAY T. KIMURA 2497
Prosecuting Attorney

LODGED

JASON M. SKIER  7348
Deputy Prosecuting Attorney JUN 1 2 2007
County of Hawai'i        4:10 p~ 1
34 Rainbow Drive      CLERK, U.S. DISTRICT COURT
Hilo, Hawai'i 96720      DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 4 2007

at 10 o'clock and 00 min. A M
SUE BEITIA, CLERK

Tel No.: 961-0466

Attorneys for State of Hawai'i

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 05-00189 DAE |
| | ) | |
| Plaintiff | ) | APPLICATION AND ORDER |
| | ) | REGARDING TEMPORARY |
| vs. | ) | TRANSFER OF CUSTODY TO |
| | ) | THE STATE OF HAWAI'I |
| MICHAEL MIYASATO  (04), | ) | REGARDING WRIT OF HABEAS |
| | ) | CORPUS AD PROSEQUENDUM; |
| | ) | EXHIBITS "A" AND "B"; AND |
| Defendants. | ) | ORDER |
| | ) | |

APPLICATION AND ORDER REGARDING TEMPORARY
TRANSFER OF CUSTODY TO THE STATE OF HAWAI'I
REGARDING WRIT OF HABEAS CORPUS AD PROSEQUENDUM

JASON M. SKIER, Deputy Prosecuting Attorney for the County and

State of Hawai'i, hereby moves the Honorable Court for an Order authorizing the

temporary transfer of custody of MICHAEL MIYASATO, from the United States

Marshal Service, District of Hawai'i, to State of Hawai'i Officials on June 29, 2007.

Defendant MICHAEL MIYASATO is now detained in the custody of the

United States Marshal Service, District of Hawai'i.

Defendant MICHAEL MIYASATO has a hearing before the Honorable Greg K. Nakamura, Judge of the Circuit Court of the Third Circuit, State of Hawai'i, under Cr. No. 05-1-0402, currently scheduled for June 29, 2007, at 11:30 a.m.

The State of Hawai'i has received approval for a temporary transfer of custody from the Assistant United States Attorney handling the above matter. (See, Exhibit "A")

This Application requests that the Court grant a temporary transfer of custody from the United States Marshal Service, District of Hawai'i, to State of Hawai'i Officials, based on the State of Hawai'i's Petition for Writ of Habeas Corpus Ad Prosequendum filed on _____JUN 0 7 2007_____, filed under Cr. No. 05-1-0402, in the Circuit Court of the Third Circuit, State of Hawai'i. (See Exhibit "B")

Upon completion of said hearing, Defendant MICHAEL MIYASATO will be transported to the Hawai'i County Police Department at 349 Kapiolani Street, Hilo, Hawai'i for processing of identification purposes, and thereafter be returned to the United States Marshal Service, District of Hawai'i, that same day or as soon as possible thereafter.

DATED:  Hilo, Hawai'i, _____JUN 0 8 2007_____.

By  JAY T. KIMURA
Prosecuting Attorney

By_____
JASON M. SKIER
Deputy Prosecuting Attorney
County of Hawai'i

-2-