<a




JAY T. KIMURA
PROSECUTING ATTORNEY

CHARLENE Y. IBOSHI
FIRST DEPUTY

34 RAINBOW DRIVE
HILO, HAWAI'I 96720
PH: 961-0466
FAX: 961-8908
934-3403
934-3503

WEST HAWAI'I UNIT
81-980 HALEKI'I ST, SUITE 150
KEALAKEKUA, HAWAI'I 96750
PH: 322-2552
FAX: 322-6584

# OFFICE OF THE PROSECUTING ATTORNEY

May 30, 2007

Chris Thomas, Esq.
U.S. Attorney's Office
Prince Kuhio Federal Building
300 Ala Moana Blvd., Ewa Wing, 6th Floor
Honolulu, HI 96813

```
OPTIONAL FORM 99 (7-90)

FAX TRANSMITTAL    # of pages ▶ 1
To JASON SKIER     From CHRIS THOMAS
Dept./Agency       Phone # 541-2850
Fax # 808-934-3403 Fax #
NSN 7540-01-317-7368  5099-101  GENERAL SERVICES ADMINISTRATION
```

Dear Mr. Thomas:

    Re: <u>State vs. Michael Miyasato</u>
        Cr. No. 05-1-0402

    I understand the above-named individual is currently in the custody of the Federal government. The State of Hawai'i has a pending case involving the same individual in the Third Circuit and would like your approval to take custody of this person on Friday, June 29, 2007. The State of Hawai'i will retain custody of the Defendant until final disposition of the above-mentioned case. Defendant will be returned to the custody of the U.S. Marshal on a mutually agreed upon date.

    Please sign below if you agree to this request and FAX a copy of this letter to me, FAX No. 934-3403. Our office will then file a writ of habeas corpus ad prosequendum.

    Thank you for your cooperation in this matter.

Sincerely,

JASON M. SKIER
Deputy Prosecuting Attorney

APPROVED:

CHRIS THOMAS, ESQ.
Assistant United States Attorney

EXHIBIT A

Hawai'i County is an Equal Opportunity Provider and Employer

TOTAL P.01