FILED

JAY T. KIMURA 2497
Prosecuting Attorney

2007 JUN -7 PM 1:06

JASON M. SKIER  7348
Deputy Prosecuting Attorney
County of Hawai'i
34 Rainbow Drive
Hilo, Hawai'i 96720

C. OKAWA, CLERK
THIRD CIRCUIT COURT
STATE OF HAWAII

Tel No.: 961-0466

Attorneys for State of Hawai'i

IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

STATE OF HAWAI'I

| STATE OF HAWAI'I, | ) | CR. NO. 05-1-0402 |
|---|---|---|
| vs. | ) | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM; ORDER DIRECTING ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM; WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| MICHAEL MIYASATO, | ) | |
| Defendant. | ) | |

PETITION FOR WRIT OF HABEAS CORPUS
AD PROSEQUENDUM

TO THE HONORABLE GREG K. NAKAMURA, JUDGE OF THE ABOVE-ENTITLED COURT:

Comes now the STATE OF HAWAI'I, by JASON M. SKIER, Deputy Prosecuting Attorney of the County and State of Hawai'i, and respectfully alleges as follows:

EXHIBIT B

I hereby certify that this is a full, true and correct copy of the original on file in this office.

Clerk, Third Circuit Court, State of Hawaii

1. That an Indictment for Promoting a Dangerous Drug in the Third Degree and Prohibited Acts Related to Drug Paraphernalia against MICHAEL MIYASATO was filed on October 13, 2005, in the Circuit Court of the Third Circuit, Hilo, Hawai'i;

2. That Defendant has a change of plea and sentencing hearing scheduled for Friday, June 29, 2007, at 11:30 a.m. before the Honorable Greg K. Nakamura, in Courtroom No. 1, in the Circuit Court of the Third Circuit.

3. That said Defendant is currently in the custody of the Federal Detention Center, Honolulu, Hawai'i; and

WHEREFORE, Applicant prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus ad Prosequendum to Warden, John T. Rathman, Federal Detention Center, or his designee, forthwith to make available to State officials on June 29, 2007, the body of MICHAEL MIYASATO for the purpose of of a change of plea and sentencing; and

STATE OF HAWAI'I OFFICIALS, upon taking custody of the same MICHAEL MIYASATO, to:

1. bring the same MICHAEL MIYASATO before the Presiding Judge of the Circuit Court of the Third Circuit as scheduled on June 29, 2007 at 11:30 a.m., until completed; and

2. after completion of said hearing, transport the Defendant to the Hawai'i County Police Department, 349 Kapiolani St., Hilo, Hawaii for processing of identification purposes, and thereafter

3. return the said MICHAEL MIYASATO to the Federal Detention Center, Honolulu, Hawai'i, into the custody of the Warden, John T. Rathman, Federal Detention Center, or his designee, as soon as practicable and immediately thereafter.

Dated: Hilo, Hawai'i, _____JUN 0 1 2007_____.

STATE OF HAWAI'I

By _____
JASON M. SKIER
Deputy Prosecuting Attorney

## ORDER DIRECTING ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Clerk of this Court be and hereby is instructed to issue a Writ of Habeas Corpus ad Prosequendum prayed for in the foregoing Petition.

Dated: Hilo, Hawai'i, _____JUN - 7 2007_____.

_____
GREG K. NAKAMURA
Judge of the above-entitled Court