IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

STATE OF HAWAI'I

| | |
|---|---|
| STATE OF HAWAI'I, ) | CR. NO. 05-1-0402 |
| ) | |
| vs. ) | WRIT OF HABEAS CORPUS |
| ) | AD PROSEQUENDUM |
| MICHAEL MIYASATO, ) | |
| ) | |
| Defendant. ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: The Honorable GREG K. NAKAMURA, Judge of the Circuit Court of the Third Circuit, State of Hawai'i:

WARDEN, John T. Rathman, Federal Detention Center, or his designee

GREETINGS:

We command that you, WARDEN, John T. Rathman, Federal Detention Center, or your designee, produce the body of MICHAEL MIYASATO, who is being detained as a federal prisoner under your custody of said Defendant, to:

1. bring the said Defendant before the Presiding Judge of the Circuit Court of the Third Circuit on June 29, 2007, at 11:30 a.m., or at any time or times deemed necessary in the further proceedings of Criminal No. 05-1-0402;

2. transport the Defendant MICHAEL MIYASATO to the Hawai'i County Police Department at 349 Kapiolani Street, Hilo, Hawai'i for processing of identification purposes, and;

3. thereafter return the said MICHAEL MIYASATO to the custody of the Warden, John T. Rathman, Federal Detention Center, or his designee, as soon as practicable and immediately thereafter.

WITNESS the Honorable GREG K. NAKAMURA, Judge of the Circuit Court of the Third Circuit at Hilo, Hawai'i, and the seal of said Court this 7th day of June, 2007.

DIANE M. KUNIMOTO (SEAL)
Clerk, Circuit Court, Third Circuit
State of Hawai'i

GREG K. NAKAMURA
Judge of the Circuit Court
Third Circuit, State of Hawai'i